IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DANNY BUCKINGHAM,<br><br>    Defendant,<br><br>and<br><br>PERSHING, LLC,<br><br>    Garnishee Defendant. | Case No. 06-CR-68-C-01 |

**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this _19th_ day of _March_ 2008.

BY THE COURT:

_Barbara B Crabb_
BARBARA B. CRABB
District Judge