IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANNY BUCKINGHAM, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>M&I BROKERAGE SERVICES, INC, )<br>)<br>Garnishee Defendant. )<br>) | Case No. 06-CR-68-C-01 |

---

ORDER DISMISSING GARNISHMENT

---

Upon the motion of the United States of America requesting dismissal of the garnishment in the above-entitled matter based upon M&I Brokerage Services, Inc. informing this office that defendant's stock is being held by Pershing, LLC., and therefore, they would be the appropriate garnishee defendant.

IT IS HEREBY ORDERED that the garnishment be dismissed and the garnishee defendant be released from any further obligation in this case.

Entered this _19th_ day of _March_, March 19, 2008.

BY THE COURT:

_Barbara B. Crabb_
Barbara B. Crabb
United States District Judge